# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RODNEY DERON JACKSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-18-616-R |
| ) | |
| JASON BRYANT and ) | |
| ATTORNEY GENERAL OF THE STATE ) | |
| OF OKLAHOMA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Bernard M. Jones entered July 23, 2019. [Doc 9]. Therein Judge Jones recommended that the Petition be dismissed as untimely. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and the petition herein is dismissed as untimely.

IT IS SO ORDERED this 16th day of August 2019.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE